# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY L. FRANKLIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. NEUBARTH, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:04-CV-5350-OWW-SMS-P<br><br>ORDER DENYING MOTION TO COMPEL AS PREMATURE<br><br>(Doc. 19)<br><br>ORDER DIRECTING PLAINTIFF TO ADDRESS HIS CORRESPONDENCE TO DEFENDANT'S COUNSEL BY NAME AND INCLUDE COUNSEL'S NAME ON THE PROOF OF SERVICE |

　　　Plaintiff Johnny L. Franklin ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 27, 2005, plaintiff filed what he apparently intends to be a motion to compel. Defendants filed a response to the motion on June 29, 2005.

　　　Pursuant to the court's discovery order, defendants have forty-five days to serve responses to plaintiff's discovery requests. Assuming that plaintiff served his discovery requests on May 15, 2005, as he asserts, the due date to respond to plaintiff's requests was June 30, 2005. Plaintiff's motion was filed prematurely on June 27, 2005.[1] In addition, given that defendants' time within which to respond to the discovery requests had not yet expired, plaintiff could not have properly conferred or attempted to confer in good faith regarding a legitimate discovery dispute.

---

[1] In their response to the motion, defendants state that the discovery responses were served on June 29, 2005.

1

1  In his response to plaintiff's motion, defendants' counsel requests that plaintiff be directed to place counsel's name on the proof of service to avoid delays in the receipt of mail. Plaintiff is informed that, as with the court and the prison, the Office of the Attorney General receives a high volume of incoming mail. To ease the administrative burden and avoid delays in routing plaintiff's mail to defendants' counsel, plaintiff is directed to place counsel's name on the proof of service, in addition to addressing his mail to counsel by name.

Based on the foregoing, plaintiff's motion to compel, filed June 27, 2005, is HEREBY DENIED as premature.

IT IS SO ORDERED.

**Dated:   August 1, 2005**             /s/ Sandra M. Snyder
icido3                           UNITED STATES MAGISTRATE JUDGE