1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   JOHNNY L. FRANKLIN, JR.,                )        1:04-CV-5350 OWW SMS P
                                             )
12         Plaintiff,                        )        ORDER GRANTING EXTENSION OF
                                             )        TIME TO FILE REPLY
13         v.                                )
                                             )        (DOCUMENT #32)
14   NEUBARTH, et al.,                       )
                                             )
15                                           )
           Defendants.                       )
16   _____)

17         On October 28, 2005, defendants filed a second motion to extend time to file a reply to plaintiff's

18   opposition to their motion for summary judgment.  Good cause having been presented to the court and

19   GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

20         Defendants are granted **fifteen (15) days** from the date of service of this order within which to

21   file their reply.

22

23   IT IS SO ORDERED.

24   **Dated:    November 9, 2005**              _____/s/ Sandra M. Snyder_____
     i0d3h8                                      UNITED STATES MAGISTRATE JUDGE
25

26

27

28