UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY L. FRANKLIN,<br><br>            Plaintiff,<br><br>vs.<br><br>DR. NEUBARTH, et al.,<br><br>            Defendants.<br>_____/ | 1:04-cv-05350-OWW-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 37)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT** (Doc. 22) |

   Plaintiff Johnny L. Franklin ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On May 1, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On May 22, 2006, plaintiff filed an objection.

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 1, 2006, is ADOPTED IN FULL;
2. Defendants' motion for summary judgment, filed September 12, 2005, is GRANTED, thus CONCLUDING this action in its entirety; and
3. The Clerk of the Court shall enter judgment for defendants and against plaintiff.

IT IS SO ORDERED.

**Dated:   June 24, 2006**                  **/s/ Oliver W. Wanger**
emm0d6                                              UNITED STATES DISTRICT JUDGE